1  KOBRE & KIM LLP
Jonathan D. Cogan (admitted *pro hac vice*)
2  Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
3  Mathew T. Elder (admitted *pro hac vice*)
Daisy Joo (admitted *pro hac vice*)
4  800 Third Avenue
New York, NY 10022
5  Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
6  steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
7  mathew.elder@kobrekim.com
daisy.joo@kobrekim.com
8
Daniel A. Zaheer (Bar ID 237118)
9  150 California Street, 19th Floor
San Francisco, CA 94111
10  Tel.: (415) 582-4800
daniel.zaheer@kobrekim.com
11
*Attorneys for Defendants*
12  *Jump Trading, LLC and*
*Jump Crypto Holdings LLC*
13

14

15              **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
16              **SAN FRANCISCO DIVISION**

17

18  AUSTIN WARD, DAVID KREVAT, and NABIL    Case No. 3:25-cv-03989-PHK
MOHAMAD, individually and on behalf of all
others similarly situated                 Action Filed: May 7, 2025
19
                                          **[PROPOSED] ORDER GRANTING**
20      Plaintiffs,                       **DEFENDANTS JUMP TRADING, LLC**
                                          **AND JUMP CRYPTO HOLDINGS**
21      vs.                               **LLC'S MOTION TO DISMISS OR**
                                          **ALTERNATIVELY TO COMPEL**
22  JUMP    TRADING,    LLC;    JUMP   CRYPTO    **ARBITRATION AND STAY**
HOLDINGS LLC; and DOES 1-10               **LITIGATION**
23
        Defendants.
24
                                          Hearing Date: October 9, 2025
25                                        Time:  1:30 p.m.
                                          Place:  Courtroom F, 15th Floor
26
                                          Judge: Hon. Peter H. Kang
27

28

1    Upon consideration of Defendants Jump Trading, LLC and Jump Crypto Holdings LLC's

2  (the "Jump Defendants") Motion to Dismiss or Alternatively to Compel Arbitration and Stay

3  Litigation and the memorandum of points and authorities in support thereof, any declarations and

4  exhibits in support thereof, any responses to the Motion and further reply in support of the

5  Motions, the pleadings on file in this action, all matters upon which this Court may take judicial

6  notice, and other such argument as has been heard by the Court, **IT IS HEREBY ORDERED**

7  **THAT:**

8    1.    Plaintiffs' first cause of action for breach of contract (third-party beneficiary) is

9  dismissed as to the Jump Defendants pursuant to [Fed. R. 12(b)(2) / Fed. R. 12(b)(3) / Fed. R.

10  12(b)(6)];

11    2.    Plaintiffs' second cause of action for conversion is dismissed as to the Jump

12  Defendants pursuant to [Fed. R. 12(b)(2) / Fed. R. 12(b)(3) / Fed. R. 12(b)(6)];

13    3.    Plaintiffs' third cause of action for unjust enrichment is dismissed as to the Jump

14  Defendants pursuant to [Fed. R. 12(b)(2) / Fed. R. 12(b)(3) / Fed. R. 12(b)(6)];

15    4.    Plaintiffs' fourth cause of action for civil theft, in violation of California Penal

16  Code sections 484 and 496, is dismissed as to the Jump Defendants pursuant to [Fed. R. 12(b)(2) /

17  Fed. R. 12(b)(3) / Fed. R. 12(b)(6)];

18    5.    Plaintiffs' fifth cause of action for unfair business practices under California

19  Business & Professional Code section 17200, *et seq.*, is dismissed as to the Jump Defendants

20  pursuant to [Fed. R. 12(b)(2) / Fed. R. 12(b)(3) / Fed. R. 12(b)(6)].

21    Or, in the alternative:

22    6.    The Jump Defendants' Motion to Compel Arbitration is GRANTED and Plaintiffs

23  are compelled to arbitrate their claims against the Jump Defendants;

24    7.    This case, and any remaining claims against the Jump Defendants, are STAYED

25  pending the resolution of the arbitration;

26    8.    The party or parties prevailing in the arbitration are directed to file a notice by ECF

27  on this docket within thirty days following the entry of a final arbitral award.

28

2

1    **IT IS SO ORDERED.**

2

3

4   Dated: _____          _____

5                                          Hon. Peter H. Kang
                                           United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3