KOBRE & KIM LLP
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
Daisy Joo (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
mathew.elder@kobrekim.com
daisy.joo@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: (415) 582-4800
daniel.zaheer@kobrekim.com

*Attorneys for Defendants*
*Jump Trading, LLC and*
*Jump Crypto Holdings LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10<br><br>Defendants. | Case No. 3:25-cv-03989-PHK<br><br>Action Filed: May 7, 2025<br><br>**[PROPOSED] ORDER STAYING DISCOVERY PENDING DEFENDANTS JUMP TRADING, LLC AND JUMP CRYPTO HOLDINGS LLC'S MOTION TO DISMISS OR ALTERNATIVELY TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Hearing Date: October 9, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom F, 15th Floor<br><br>Judge: Hon. Peter H. Kang |

Upon consideration of Defendants Jump Trading, LLC and Jump Crypto Holdings LLC's (the "Jump Defendants") Motion to Stay Discovery Pending Decision on Motion to Dismiss or Alternatively to Compel Arbitration and Stay Litigation, any opposition and reply thereto, oral argument, and other materials of record in this action, it is hereby **ORDERED** that said Motion is **GRANTED** for at least the following reason:

There is good cause to stay discovery pending a decision on the Jump Defendants' Motion to Dismiss or Alternatively to Compel Arbitration and Stay Litigation.

Accordingly, discovery is stayed, and the stay shall lift 14 days after the Jump Defendants' filing of any Answer to any remaining claims.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Peter H. Kang
United States Magistrate Judge