KOBRE & KIM LLP
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
Daisy Joo (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
mathew.elder@kobrekim.com
daisy.joo@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: (415) 582-4800
daniel.zaheer@kobrekim.com

Attorney for Defendants
Jump Trading, LLC and
Jump Crypto Holdings LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10<br><br>Defendants. | Case No. 3:25-cv-03989-PHK<br><br>**DECLARATION OF MATTHEW HINERFELD IN SUPPORT OF DEFENDANTS JUMP TRADING, LLC'S AND JUMP CRYPTO HOLDINGS LLC'S MOTION TO DISMISS THE COMPLAINT OR ALTERNATIVELY TO COMPEL ARBITRATION AND STAY LITIGATION** |

I, Matthew Hinerfeld, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am General Counsel of Defendant Jump Trading, LLC ("Jump Trading"), Defendant Jump Crypto Holdings LLC ("Jump Crypto"), Tai Mo Shan Limited ("TMSL") and other affiliated entities that, together, make up the Jump Trading Group. I have held this role since 2017.

2. I make this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Complaint or Alternatively to Compel Arbitration and Stay Litigation. This declaration is based on my personal knowledge as well as my familiarity with the Jump Trading Group's regular business practices as it relates to the storage of contracts. If called as a witness, I would testify to the matters set forth herein.

3. Attached as **Exhibit A** is the Second Amended and Restated Loan Confirmation between Terraform Labs Limited ("TFL") and TMSL, dated July 21, 2021 (the "Second Amended Loan Confirmation").

4. Attached as **Exhibit B** is the Master Loan Agreement between TFL and TMSL (the "Master Loan Agreement"), which is referred to in the Second Amended Loan Confirmation.

5. Attached as **Exhibit C** is the New Account Agreement between TMSL and Prime Trust, LLC ("Prime Trust"), dated August 2, 2021 (the "Prime Trust Account Agreement").

6. Attached as **Exhibit D** is the OTC Trading Agreement between TMSL and Prime Trust, dated August of 2021 (the "Prime Trust OTC Trading Agreement").

7. The Second Amended Loan Confirmation is the only agreement between any Jump entity and TFL relating to the loans of UST or LUNA from July 2021.

8. The Prime Trust Account Agreement, the Prime Trust OTC Trading Agreement, and a standard non-disclosure agreement are the only contracts made between any Jump entity and Prime Trust.

9. TMSL is an exempted company with limited liability incorporated in the Cayman Islands and a subsidiary of Jump Crypto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 9, 2025, in London, England.

_Matthew Hinerfeld_
Matthew Hinerfeld