KOBRE & KIM LLP
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
Daisy Joo (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
mathew.elder@kobrekim.com
daisy.joo@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: (415) 582-4800
daniel.zaheer@kobrekim.com

Attorney for Defendants
Jump Trading, LLC and
Jump Crypto Holdings LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10<br><br>Defendants. | Case No. 3:25-cv-03989-PHK<br><br>**DECLARATION OF JONATHAN D. COGAN IN SUPPORT OF DEFENDANTS JUMP TRADING, LLC'S AND JUMP CRYPTO HOLDINGS LLC'S MOTION TO DISMISS OR ALTERNATIVELY TO COMPEL ARBITRATION AND STAY LITIGATION** |

I, Jonathan D. Cogan, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted *pro hac vice* to practice law before this Court and a Partner at the law firm of Kobre & Kim LLP, counsel for Defendants Jump Trading, LLC and Jump Crypto Holdings LLC. I make this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Complaint or Alternatively to Compel Arbitration and Stay Litigation.

2. Attached hereto as **Exhibit A** is a copy of Rule 7(a) of the American Arbitration Association's ("AAA") Commercial Rules and Mediation Procedures published on the AAA's website, available at https://www.adr.org/media/lwanubnp/2025_commercialrules_web.pdf (last visited July 8, 2025).

3. Attached hereto as **Exhibit B** are copies of Prime Trust, LLC's Notice of Removal, dated December 7, 2022, and Exhibit A thereto, Plaintiffs' Summons and Class Action Complaint, which are publicly filed at Dkt. Nos. 1 and 1-2 in *Ward v. Prime Trust, LLC*, No. 2:22-cv-02034 (D. Nev.).

4. Attached hereto as **Exhibit C** is a copy of the civil docket for *Ward v. Prime Trust, LLC*, No. 2:22-cv-02034 (D. Nev.), as of July 8, 2025.

5. Attached hereto as **Exhibit D** is a copy of the Order dated August 23, 2023, which is publicly filed at Dkt. No. 56 in *Ward v. Prime Trust, LLC*, No. 2:22-cv-02034 (D. Nev.).

6. Attached hereto as **Exhibit E** is a copy of Jump Trading LLC and Kanav Kariya's Opposed Motion to Transfer Venue dated June 9, 2023, which is publicly filed at Dkt. No. 28 in *Kim v. Jump Trading, LLC*, No. 1:23-cv-02921 (N.D. Ill.).

7. Attached hereto as **Exhibit F** is a copy of the Order dated June 6, 2024, which is publicly filed at Dkt. No. 48 in *Kim v. Jump Trading, LLC*, No. 1:23-cv-02921 (N.D. Ill.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 9, 2025, in New York, New York.

*/s/ Jonathan D. Cogan*
Jonathan D. Cogan