**KOBRE & KIM LLP**
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
Daisy Joo (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
mathew.elder@kobrekim.com
daisy.joo@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: (415) 582-4800
daniel.zaheer@kobrekim.com

*Attorneys for Defendants*
*Jump Trading, LLC and*
*Jump Crypto Holdings LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; AND DOES 1-10 <br><br> Defendants. | CASE NO. 3:25-CV-03989-PHK <br><br> **JOINT STATUS REPORT ON ADR** <br><br> Hon. Peter H. Kang |

Counsel for Plaintiffs Austin Ward, David Krevat, and Nabil Mohamad ("Plaintiffs") and Defendants Jump Trading, LLC and Jump Crypto Holdings LLC ("Defendants," together with Plaintiffs, the "Parties"), respectfully write pursuant to the Court's Order dated May 30, 2025 (Dkt. 14), to provide a status update on settlement and the selection of an Alternative Dispute Resolution ("ADR") option.

This case is assigned to the Court's ADR Multi-Option Program governed by ADR L.R. 3 (Dkt. 7). Pursuant to the Parties' so-ordered stipulation (Dkt. 14), the initial case management conference and other deadlines are continued pending briefing on Defendants' Motion to Dismiss or Alternatively to Compel Arbitration (the "Motions"). Defendants filed the Motions on July 9, 2025 (Dkt. 32), and believe that the Motions are meritorious. Plaintiffs believe that the Motions should be denied.

The Parties believe any settlement discussions or mediation pending decision on the Motions to be premature. Understanding that the Court prefers the Parties to attempt to settle matters when possible, and without waiver of Defendants' rights or arguments as to personal jurisdiction, arbitration or otherwise, the Parties agree to select a mediator within 90 days of final decisions on Defendants' Motions, if the case has not been dismissed or compelled to arbitration. If the Court issues an order on the Motion to Compel Arbitration, and that order is appealed, then the parties agree to confer on an appropriate deadline to select a mediator and hold a mediation pending the appeal.

The Parties appreciate the Court's attention to this matter and, should the Court wish to discuss this matter further, are available at the Court's convenience.

Dated:   August 8, 2025

Respectfully submitted,

| | |
|---|---|
| KOBRE & KIM LLP | ERICKSON KRAMER OSBORNE LLP |
| /s/ Jonathan D. Cogan | /s/ Kevin M. Osborne |
| Jonathan D. Cogan (admitted *pro hac vice*)<br>Steven W. Perlstein (admitted *pro hac vice*)<br>Igor Margulyan (admitted *pro hac vice*)<br>Daisy Y. Joo (admitted *pro hac vice*)<br>Mathew T. Elder (admitted *pro hac vice*)<br>800 Third Avenue<br>New York, NY 10022<br>Tel: (212) 488-1200<br>jonathan.cogan@kobrekim.com<br>steven.perlstein@kobrekim.com<br>igor.margulyan@kobrekim.com<br>daisy.joo@kobrekim.com<br>mathew.elder@kobrekim.com<br><br>Daniel A. Zaheer (Bar ID 237118)<br>150 California Street, 19th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 582-4800<br>daniel.zaheer@kobrekim.com<br><br>*Attorneys for Defendants Jump Trading, LLC and Jump Crypto Holdings LLC* | Julie C. Erickson (Bar ID 293111)<br>Elizabeth Kramer (Bar ID 293129)<br>Kevin Osborne (Bar ID 261367)<br>959 Natoma St.<br>San Francisco, CA 94103<br>Tel.: (415) 635-0631<br>Fax: (415) 599-8088<br>julie@eko.law<br>elizabeth@eko.law<br>kevin@eko.law<br><br>*Attorneys for Plaintiffs*<br>AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: */s/ Jonathan D. Cogan*
Jonathan D. Cogan