# EXHIBIT 10



# Adrien Lemercier 🛡 · 3rd

**Stanford University**

Quantitative Researcher at Jump Trading | Stanford University

Stanford, California, United States · Contact info

**500+** connections

[ Message ]  [ + Follow ]  [ Visit my website ]  [ More ]

🟨 Profile enhanced with Premium ⌄

## About

📊 Former Quant @ Jump Trading
🎓 Stanford University
🥇 IMO Medallist (2x Silver, 1x Bronze)
🥇 1st nationwide in the French Math Olympiads (2x)...

## Activity

6,552 followers

[ **Posts** ]  [ Comments ]

---

 **Adrien Lemercier** 🔗 · 3rd+
Quantitative Researcher at Jump Tradi...
Visit my website
3mo · Edited · 🌐

🚀 Just spent a few incredible days in San Francisco at the Founder Embassy, and I'm still buzzing from the experience.

Massive thanks to Helena Gagern & Donatus zu Schaumburg-Lippe — they're on a mission to back European outlier founders in the Bay, and trust me, they really mean it 🇪🇺 ⚡ 🇺🇸

Over two dinners and one brunch, I got to meet some of the most mind-blowing European founders I've ever come across — the kind of wild, ambitious builders I would never have met  ...more

😊❤️👏 139 · 13 comments · 2 reposts

---

 **Adrien Lemercier** 🔗 · 3rd+
Quantitative Researcher at Jump Tradi...
Visit my website
4mo · Edited · 🌐

🔥 We're 3-4 builders creating the ultimate hacker house in SF — and we're looking for 2 additional cracked builders to join us!

📅 When: May 23rd — July 23rd
📍 Where: prime location in San Francisco
💻 What: building ambitious projects, shipping fast, crushing hackathons, hitting top tech events like YC's AI Startup School, and meeting wild builders

🧠 About us:
— Dominique Paul, Elior Benarous, myself (and one to be confirmed)
— studied at Stanford & ETH  ...more

😊❤️👏 218 · 34 comments · 2 reposts





## About

A passionate and curious developer in the computer software, automation, and… see more

## Activity



# Amish Shah · 3rd

R&D Software Engineer at Jump Trading

San Francisco Bay Area · Contact info

**500+** connections

 Jump Trading LLC

Georgia Institute of Technology

**Message**  **Connect**  **More**

---

## Activity

1,010 followers

**Amish hasn't posted yet**
Recent posts Amish shares will be displayed here.

Show all activity →

---

## Experience

 **R&D Software Engineer**
Jump Trading LLC · Full-time
Aug 2022 - Present · 3 yrs 2 mos
New York, United States

 **Intel Corporation**
Full-time · 4 yrs

• **Staff Software Engineer**
Aug 2020 - Aug 2022 · 2 yrs 1 mo

• **Senior Software Engineer**
Sep 2018 - Aug 2020 · 2 yrs

 **Member Of Technical Staff (Software)**
NetSpeed Systems
Apr 2017 - Sep 2018 · 1 yr 6 mos
San Francisco Bay Area

 **Hardware Engineer**
Oracle
Jun 2015 - Apr 2017 · 1 yr 11 mos
Santa Clara, CA

 **Graduate Intern**
Intel Corporation
Sep 2014 - Dec 2014 · 4 mos
Folsom, CA



### Ana Sofia N.

Stanford, California, United States · **Contact Info**
739 followers · 500+ connections

**See your mutual connections**

Join to view profile                    ✈ **Message**

**Jump Trading LLC**

**Stanford University**

## Activity                              **+ Follow**



# Beicheng Lou  · 3rd

Researcher

Stanford, California, United States · **Contact info**

**500+** connections



**Message** | **+ Follow** | **More**

 **Jump Trading Group**

 **Stanford University**

---

## Activity

531 followers

**Beicheng hasn't posted yet**

Recent posts Beicheng shares will be displayed here.

Show all activity →

---

## Experience

 **Researcher**

Jump Trading Group · Full-time

Sep 2024 - Present · 1 yr 1 mo

Emerging technologies

 **Research Scientist**

NVIDIA · Internship

Jun 2024 - Sep 2024 · 4 mos

Santa Clara, California, United States · On-site

Scalable design methods

 **Quantitative Researcher**

Jump Trading Group · Internship

Jun 2023 - Aug 2023 · 3 mos

Chicago, Illinois, United States

Explore emerging technologies

 **Quantitative Researcher**

Citadel · Internship

Jun 2022 - Aug 2022 · 3 mos

Chicago, Illinois, United States · On-site

Exotic modeling problems

**Research Assistant**

Center for Quantum Technology

May 2018 - Jul 2018 · 3 mos

Singapore



# Cynthia Chen · 3rd

Quantitative Researcher @ Jump Trading | CS @ Caltech

San Diego, California, United States · **Contact info**

**500+** connections

**Message** | **+ Follow** | **More**

 **Jump Trading Group**

**Caltech**

---

## Activity
684 followers

### Cynthia hasn't posted yet
Recent posts Cynthia shares will be displayed here.

**Show all activity →**

---

## Experience

 **Quantitative Researcher**
Jump Trading Group · Full-time
Sep 2023 - Present · 2 yrs
Chicago, Illinois, United States





# Dinesh Suresh · 3rd

Jump Trading LLC

Sunnyvale, California, United States · **Contact info**

91 connections

**Message**  **+ Follow**  **More**

 **Jump Trading, LLC**

 **University of California, Riverside**

## About

I am seeking a challenging position that would help me apply my skills in computer architecture, compilers and embedded systems to improve performance of multi-core systems. In particular, I am interested in identifying and eliminating bottlenecks that impact scalability, performance and power consumption of multi-core systems.

... ...see more

## Activity

100 followers

**Dinesh hasn't posted yet**
Recent posts Dinesh shares will be displayed here.

**Show all activity →**

## Experience

 **Senior Software Engineer**
Jump Trading, LLC
Feb 2013 - Present · 12 yrs 7 mos

Currently Working as a senior software engineer with the options trading team at Jump.

**Member of Technical Staff**

 Promoted · · ·

**Audacity Flooring**

Kevin, follow Audacity Flooring now!

Stay informed on industry news and trends

**Follow**

### More profiles for you

 **Lei Zhao** · 3rd
Algorithmic Trader at Jump Trading, LLC...
**Message**

 **Michael Nath** · 3rd
koding @ stanford, jump, sail
**Message**

 **Hari Sowrirajan** · 3rd
Research Engineer at Harmonic...
**Message**

 **Fatima Tariq** · 3rd+
Software Engineer at Jump Trading LLC...
**Message**

 **Samuel L.** · 3rd
trading
**Message**

**Show all**

 

 Top Content     **People**     Learning     Jobs    Games





# Dylan Lim

CS @ Stanford

Los Angeles, California, United States · **Contact Info**

1K followers · 500+ connections

 **See your mutual connections**

Join to view profile           ✈ Message

**Jump** **Jump Trading Group**

S **Stanford University**

# About

Distributed ML systems, compilers, and high-performance computing.

dylanlim [at] stanford.edu

# Experience



# Edward Xu ✅ · 3rd

Quantitative Researcher at Jump Trading LLC

Torrance, California, United States · **Contact info**

193 connections

**Message**  **+ Follow**  **More**

 **Jump Trading LLC**

**S** **Stanford University**

---

## Activity
215 followers

**Edward hasn't posted yet**
Recent posts Edward shares will be displayed here.

**Show all activity →**

---

## Experience

 **Quantitative Researcher**
Jump Trading LLC · Full-time
Aug 2021 - Present · 4 yrs 2 mos

 **Stanford University**
2 yrs 3 mos

**Course Assistant, CS221**
Full-time
Mar 2021 - Jun 2021 · 4 mos

**Researcher at Stanford AI Lab**
Apr 2019 - Jun 2021 · 2 yrs 3 mos

CS Artificial Intelligence Research with Professor Percy Liang
Creating and analyzing Active Learning algorithms that intelligently select data to label and applying them t...

 **Deep Learning Algorithm Intern**
NVIDIA · Internship
Dec 2020 - Mar 2021 · 4 mos

 **Quantitative Research Intern**
Jump Trading LLC · Internship
Jun 2020 - Aug 2020 · 3 mos

 **Machine Learning Intern**
HomeCourt (NEX Team) · Internship
Jan 2020 - Mar 2020 · 3 mos
San Jose, California, United States



# Elliot Epstein · 3rd

PhD Student @ Stanford ICME | Quant Research Intern @ Jump Trading

Stanford, California, United States · **Contact info**

**500+** connections

 **Jump Trading Group**

**Stanford University**

Message | + Follow | More

---

## Highlights

 **Elliot was recently hired**
Elliot started their role at Jump Trading Group 4 months ago.

📄 Free insight from Sales Navigator

**Unlock more insights about leads**

Improve outreach with sales insights

**Try Sales Navigator for $0**

Cancel anytime. We'll send you a reminder 7 days before your trial ends.

---

## About

https://elliotepstein.net/

---

## Activity
848 followers

**Elliot hasn't posted yet**
Recent posts Elliot shares will be displayed here.

**Show all activity →**

---

## Experience

 **Quantitative Research Intern**
Jump Trading Group
Jun 2025 - Present · 4 mos

 **PhD SWE Intern**
Google · Full-time
Jun 2024 - Sep 2024 · 4 mos
Seattle, Washington, United States

Gemini



# Emanuele Cesena

San Francisco, California, United States · **Contact Info**

2K followers · 500+ connections

**See your mutual connections**

Join to view profile          ✈ **Message**

■ **Jump Crypto**

🏛 **Politecnico di Torino**

## About

Emanuele Cesena is a security engineer at Jump and co-founder at SoloKeys, the first open...

see more

---

## Activity

+ Follow



 

Home  My Network  Jobs  Messaging  Notifications



## Hoang Duong  · 3rd

Algorithmic Trader at Jump Trading, LLC

Berkeley, California, United States · **Contact info**

**500+ connections**

**+ Follow**  **Connect**  **More**

Jump Trading, LLC

University of California, Berkeley

---

## Activity

589 followers

**Hoang hasn't posted yet**
Recent posts Hoang shares will be displayed here.

**Show all activity →**

---

## Experience

**Algorithmic Trader**
Jump Trading, LLC
Jun 2016 - Present · 9 yrs 3 mos
Greater Chicago Area





## Jayant Krishnamurthy · 3rd

Co-founder and CTO of Douro Labs

San Francisco Bay Area · **Contact info**

145 connections

**Message**   **+ Follow**   **More**

 Douro Labs

Carnegie Mellon University
School of Computer Science

---

## Activity

221 followers

**Jayant hasn't posted yet**

Recent posts Jayant shares will be displayed here.

**Show all activity →**

---

## Experience

 **Chief Technology Officer**
Douro Labs · Full-time
Aug 2023 – Present · 2 yrs 2 mos

 **Software Engineer**
Jump Trading Group
Aug 2021 – Present · 4 yrs 2 mos





# Kyle Bruck  · 3rd

Algorithmic Trader at Jump Trading, LLC

Palo Alto, California, United States · **Contact info**

**210** connections

**Message** | **+ Follow** | **More**

 **Jump Trading, LLC**

**Stanford University**

---

## About

I am looking for a challenging full time job with a focus in Computer Science or Biomedical Informatics with a dynamic and creative company that will allow me to exercise and develop the skills that I have acquired through my academic and work experience.

...          ...see more

---

## Activity

216 followers

**Kyle hasn't posted yet**
Recent posts Kyle shares will be displayed here.

Show all activity →

---

## Experience

 **Algorithmic Trader**
Jump Trading, LLC
Jul 2006 - Present · 19 yrs 3 mos

I do everything.



# Kyle Liu

San Francisco Bay Area

284 followers · 276 connections

**See your mutual connections**

Join to view profile

**Jump Trading Group**

**Massachusetts Institute of Technology**

# Activity

in

Search

Home    My Network    Jobs    Messaging    Notifications



**Lei Zhao** · 3rd

Algorithmic Trader at Jump Trading, LLC

Sunnyvale, California, United States · **Contact info**

**338 connections**

**Message**    **+ Follow**    **More**

Jump Trading, LLC

Stanford University

---

## Activity

347 followers

**Lei hasn't posted yet**
Recent posts Lei shares will be displayed here.

**Show all activity →**

---

## Experience



**Algorithmic Trader**
Jump Trading, LLC
Aug 2011 - Present · 14 yrs 1 mo
Greater Chicago Area





### Peng Yi

Berkeley, California, United States

300 followers · 287 connections

See your mutual connections

Join to view profile

**Jump Trading LLC**

**UC Berkeley**

## Experience & Education

**Jump Trading LLC**





# Phuong (Preston) Bui  · 3rd

Quantitative Software Engineer @ Jump Trading LLC

San Francisco Bay Area · **Contact info**

**944** followers · **500+** connections

**+ Follow**  **Message**  **More**

Jump Trading LLC

Drexel University

## About

Quantitative Development, Distributed System

## Activity

944 followers

**+ Follow**

**Phuong (Preston) hasn't posted yet**
Recent posts Phuong (Preston) shares will be displayed here.

**Show all activity →**

## Experience

 **Quantitative Developer**
Jump Trading LLC · Full-time
Aug 2021 - Present · 4 yrs 2 mos
Chicago, Illinois, United States · On-site

Distributed System, Python, C++, Quantitative Development

 **Software Engineer Intern - Core Dev and Infrastructure**
Jump Trading LLC · Internship
Jun 2020 - Sep 2020 · 4 mos
Chicago, Illinois, United States



# Priyanka Balaji Ramanathan  She/Her · 3rd

**Northeastern University**

Data Engineer @ Jump Trading

San Diego, California, United States · **Contact info**

**500+** connections

**Message**   **+ Follow**   **More**

> **Open to volunteer for these causes**
> Animal Welfare, Education, Environmental Sustainability, Human Rights, Medical Research, Science and Technol...
> **Show details**

## About

Data Engineer with 3+ years experience. extremely keen to learn new things and work on providing maximum impact

## Activity
786 followers

**Priyanka Balaji Ramanathan** commented on a post · 3mo

Congratulations! 🎉

---

**Priyanka Balaji Ramanathan** commented on a post · 1yr

#BringDPback

---

**Show all comments →**

## Experience

 **Data Engineer**
Jump Trading LLC · Full-time
Mar 2022 - Oct 2024 · 2 yrs 8 mos
Chicago, Illinois, United States



# Rade S. 🛡 · 3rd

Algorithmic Trader at Jump Trading LLC

Stanford, California, United States · **Contact info**

**500+** connections

**Message**   **Connect**   **More**

 **Jump Trading LLC**

**Stanford University**

---

## Activity

598 followers

**Rade hasn't posted yet**
Recent posts Rade shares will be displayed here.

**Show all activity →**

---

## Experience

 **Algorithmic Trader**
Jump Trading LLC
Aug 2016 - Present · 9 yrs 1 mo
Chicago

 **Quantitative Trading Intern**
Tower Research Capital
Jun 2015 - Aug 2015 · 3 mos
New York



# Reza Takapoui

Stanford, California, United States  ·  **Contact Info**

2K followers  ·  500+ connections

**See your mutual connections**

Join to view profile    **Message**

**Jump Trading LLC**

**Stanford University**

**Personal Website**

## About

http://stanford.edu/~takapoui  see more

## Activity    + Follow



# Robert Yang 🛡️ He/Him · 3rd

CS + Math @ Berkeley, Incoming @ Jump, MOP '20

San Francisco, California, United States · **Contact info**

**500+ connections**

**Message**  **+ Follow**  **More**

 Jump Trading Group

University of California, Berkeley

---

## Highlights

 **Robert was recently hired**
Robert started their role at Jump Trading Group 4 months ago.

📒 Free insight from Sales Navigator

**Unlock more insights about leads**

Improve outreach with sales insights

**Try Sales Navigator for $0**

Cancel anytime. We'll send you a reminder 7 days before your trial ends.

---

## Activity

1,147 followers

**Robert Yang** commented on a post · 10mo

Congrats!

---

**Robert Yang** commented on a post · 11mo

Congrats my guy! Well deserved.

---

**Show all comments →**

---

## Experience

 **Quant Research Intern**
Jump Trading Group · Internship
Jun 2025 - Present · 4 mos
Chicago, Illinois, United States

Summer 2025

---

 **Undergraduate Researcher**
Berkeley Artificial Intelligence Research
Sep 2024 - Present · 1 yr 1 mo
Berkeley, California, United States · On-site

Spring 2025: As part of Jennifer Listgarten's lab ScienceML. Using ML to predict protein fitness from sequence...



## Vishal Aggrawal · 3rd
Low latency FPGA developer

Fremont, California, United States · **Contact info**

**500+** connections

**Message**    **+ Follow**    **More**

 **Jump Trading Group**

---

## About

Summary
Highly dedicated professional with 20+ years of hands-on experience with FPGA and ASIC design/development,
architecture and leadership
...

...see more

---

## Activity
709 followers

**Vishal hasn't posted yet**
Recent posts Vishal shares will be displayed here.

Show all activity →

---

## Experience

 **FPGA Developer**
Jump Trading Group · Full-time
Apr 2020 - Present · 5 yrs 5 mos
San Francisco Bay Area · Remote

⬡ Digital Designs and Level Design





# William Li 🛡️ · 3rd
**MS CS @ Stanford | AI & Systems @ Jump Trading**

Stanford, California, United States · **Contact info**

**500+** connections

 **Message**    + **Follow**   More

 **Jump Trading Group**

 **Stanford University**

---

## Highlights



**William was recently hired**
William started their role at Jump Trading Group 3 months ago.

📒 Free insight from Sales Navigator

**Unlock more insights about leads**
Improve outreach with sales insights

**Try Sales Navigator for $0**

1-month free trial with 24/7 support. We'll remind you 7 days before your trial ends.

---

## About

MS & BS CS at Stanford with a focus on AI & computer systems. Refined skillset in high-performance computing, AI systems, and building end-to-end agentic workflows. Always open to collaboration! Reach me at willyli [at] stanford [dot] edu

💎 **Top skills**
C++ • CUDA • High Performance Computing (HPC)   →





# Yuxun Zhou 🛡️ · 3rd
Quantitative Researcher, Equities

Berkeley, California, United States · **Contact info**

**500+** connections

 Jump Trading LLC

UC Berkeley

[📤 Message] [+ Follow] [More]

---

## Activity
660 followers

Yuxun Zhou commented on a post · 9mo

Congrats Junqin (Heidi)!

**Show all comments →**

---

## Experience

 **Quantitative Researcher**
Jump Trading LLC · Full-time
Jan 2022 - Present · 3 yrs 8 mos

 **Quantitative Researcher**
Citadel Securities
Jul 2017 - Dec 2021 · 4 yrs 6 mos
Chicago