**KOBRE & KIM LLP**
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Daisy Y. Joo (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
daisy.joo@kobrekim.com
mathew.elder@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel: (415) 582-4800

*Attorney for Defendants*
*Jump Trading, LLC and*
*Jump Crypto Holdings LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10<br><br>Defendants. | Case No. 3:25-cv-03989-PHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO MOTION FOR RULE 11 SANCTIONS**<br><br>Hon. Peter H. Kang |

Pursuant to Local Rule 6-2, Defendants Jump Trading, LLC and Jump Crypto Holdings LLC (collectively, "Jump Defendants") and Plaintiffs Austin Ward, David Krevat, and Nabil Mohamad (collectively, "Plaintiffs") by and through their counsel in the above-captioned action, hereby stipulate:

WHEREAS, Jump Defendants served counsel for Plaintiffs with the Notice of Motion and Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure and accompanying Appendix A (the "Motion for Sanctions") on August 1, 2025;

WHEREAS, the 21-day safe harbor provision mandated by Federal Rule of Civil Procedure 11(c)(2) expired on August 22, 2025;

WHEREAS, the Court so-ordered the Parties' stipulation continuing the Initial Case Management Conference and all other deadlines set forth in the Initial Case Management Order and extending the Parties' time to respond to the Complaint on May 30, 2025 (Dkt. No. 14);

WHEREAS, there have been no other previous time modifications in this case, whether by stipulation or Court order;

WHEREAS, the parties have conferred and agreed, subject to approval of the Court, to a briefing schedule for the Motion for Sanctions;

WHEREAS, this stipulation will neither prejudice the interests of the Parties or the Court;

NOW THEREFORE, counsel for Plaintiffs and Jump Defendants stipulate and agree that:

1. Jump Defendants shall file their Motion for Sanctions on or before September 26, 2025;
2. Plaintiffs' opposition, if any, shall be filed on or before October 24, 2025;
3. Jump Defendants' reply brief in further support of their Motion for Sanctions, if any, shall be filed on or before November 14, 2025;

IT IS SO STIPULATED.

Dated:   September 25, 2025

Respectfully submitted,

| | |
|---|---|
| KOBRE & KIM LLP | ERICKSON KRAMER OSBORNE LLP |
| */s/ Jonathan D. Cogan* | */s/ Julie C. Erickson* |
| Jonathan D. Cogan | Julie C. Erickson |

Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Daisy Y. Joo (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: (212) 488-1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
daisy.joo@kobrekim.com
mathew.elder@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.: (415) 582-4751
daniel.zaheer@kobrekim.com

*Attorneys for Defendants Jump Trading, LLC and Jump Crypto Holdings LLC*

Julie C. Erickson (Bar ID 293111)
Elizabeth Kramer (Bar ID 293129)
Kevin Osborne (Bar ID 261367)
959 Natoma Street
San Francisco, CA 94103
Tel.: (415) 635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*Attorneys for Plaintiffs*
*AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: <u>/s/ Jonathan D. Cogan</u>
Jonathan D. Cogan

# [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: _____, 2025

HON. PETER H. KANG
United States Magistrate Judge