**KOBRE & KIM LLP**
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
Daisy Y. Joo (admitted *pro hac vice*)
Mathew T. Elder (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com
daisy.joo@kobrekim.com
mathew.elder@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel: (415) 582-4800

*Attorney for Defendants*
*Jump Trading, LLC and*
*Jump Crypto Holdings LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10<br><br>Defendants. | Case No. 3:25-cv-03989-PHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT**<br><br>Hon. Peter H. Kang |

1  Pursuant to Local Rule 6-2 and 7-12, Defendants Jump Trading, LLC and Jump Crypto
2  Holdings LLC (collectively, "Jump Defendants") and Plaintiffs Austin Ward, David Krevat, and
3  Nabil Mohamad (collectively, "Plaintiffs", together with the Jump Defendants, "Parties") by and
4  through their counsel in the above-captioned action, hereby stipulate:

5  WHEREAS, on August 8, 2025, the Clerk's Notice Continuing Hearing and Setting Initial
6  Case Management Conference notified the Parties that the hearing on the Motion to Dismiss or
7  Alternatively to Compel Arbitration and Stay Litigation (Dkt. No. 32) and the initial case
8  management conference were scheduled for November 6, 2025, at 1:00 p.m., and that the Parties'
9  deadline to file their joint case management statement was October 30, 2025 (Dkt. No. 43);

10  WHEREAS, on October 6, 2025, the Clerk's Notice Resetting Motion Hearing and Initial
11  Case Management Conference notified the Parties that the November 6, 2025, hearing date was
12  rescheduled to November 19, 2025, at 1:00 p.m. (Dkt. No. 53);

13  WHEREAS, the Parties stipulate to reset the October 30, 2025, deadline to file their joint
14  case management statement to November 12, 2025, or seven calendar days in advance of the
15  November 19, 2025, case management conference, consistent with Section VI of the Court's
16  Standing Order for Civil Cases.

17  WHEREAS, there have been two other time modifications in this case, whether by
18  stipulation or Court order; and

19  WHEREAS, this time modification will not affect the case schedule, and no other deadlines
20  are impacted by this request.

21  NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and between the
22  Parties, through their respective counsel, to reset the Parties' deadline to file their joint case
23  management statement to November 12, 2025.

26  Dated:      October 20, 2025

1  Respectfully submitted,

2

3  KOBRE & KIM LLP                                    ERICKSON KRAMER OSBORNE LLP

4  */s/ Jonathan D. Cogan*                            */s/ Julie C. Erickson*
   Jonathan D. Cogan                                  Julie C. Erickson
5

6  Jonathan D. Cogan (admitted *pro hac vice*)        Julie C. Erickson (Bar ID 293111)
   Steven W. Perlstein (admitted *pro hac vice*)      Elizabeth Kramer (Bar ID 293129)
7  Igor Margulyan (admitted *pro hac vice*)           Kevin Osborne (Bar ID 261367)
   Daisy Y. Joo (admitted *pro hac vice*)             959 Natoma Street
8  Mathew T. Elder (admitted *pro hac vice*)          San Francisco, CA 94103
   800 Third Avenue                                   Tel.: (415) 635-0631
9  New York, NY 10022                                 julie@eko.law
   Tel.: (212) 488-1200                               elizabeth@eko.law
10 jonathan.cogan@kobrekim.com                        kevin@eko.law
   steven.perlstein@kobrekim.com
11 igor.margulyan@kobrekim.com
   daisy.joo@kobrekim.com                             *Attorneys for Plaintiffs*
12 mathew.elder@kobrekim.com                          *AUSTIN WARD, DAVID KREVAT, and NABIL*
                                                      *MOHAMAD*
13 Daniel A. Zaheer (Bar ID 237118)
   150 California Street, 19th Floor
14 San Francisco, California 94111
   Tel.: (415) 582-4751
15 daniel.zaheer@kobrekim.com

16 *Attorneys for Defendants Jump Trading, LLC*
   *and Jump Crypto Holdings LLC*
17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: */s/ Jonathan D. Cogan*
Jonathan D. Cogan

## [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: _____, 2025

_____
HON. PETER H. KANG
United States Magistrate Judge