**ERICKSON KRAMER OSBORNE LLP**

Julie C. Erickson (Bar ID 293111)
Elizabeth A. Kramer (Bar ID 293129)
Kevin M. Osborne (Bar ID 261367)
959 Natoma Street
San Francisco, CA 94103
Tel.: (415) 635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10<br><br>Defendants. | Case No. 3:25-cv-03989-PHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO MOTION FOR RULE 11 SANCTIONS**<br><br>Hon. Peter H. Kang |

1. Pursuant to Local Rule 6-2, Plaintiffs Austin Ward, David Krevat, and Nabil Mohamad (collectively, "Plaintiffs") and Defendants Jump Trading, LLC and Jump Crypto Holdings LLC (collectively, "Jump Defendants") by and through their counsel, hereby stipulate:

WHEREAS, on September 25, 2025, the parties submitted, and the Court entered, a proposed stipulated schedule for briefing related to Jump Defendants' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (the "Motion for Sanctions") (Dkt. 48);

WHEREAS, the schedule set the following deadlines: Jump Defendants' Motion for Sanctions due by September 26, 2025; Plaintiffs' opposition due by October 24, 2025; Jump Defendants' reply due by November 14, 2025;

WHEREAS, the Motion for Sanctions was filed on September 26, 2025;

WHEREAS, counsel for Plaintiffs requested a five-day extension to file their opposition (moving the deadline from October 24 to October 29, 2025) because of multiple overlapping filing deadlines in other matters and the departure of a key employee. Counsel for Jump Defendants agreed to this request, and the parties further agreed that Jump Defendants' deadline to file the reply brief would be similarly extended from November 14 to November 21, 2025;

WHEREAS, there have been three other time modifications in this case, whether by stipulation or Court order;

WHEREAS, the requested time modification will not impact the case schedule or other deadlines; and

WHEREAS, this stipulation will prejudice neither the interests of the parties nor those of the Court.

NOW THEREFORE, counsel for Plaintiffs and Jump Defendants stipulate and agree, subject to approval of the Court, to the following modifications to the briefing schedule:

1. Plaintiffs' opposition to the Motion for Sanctions shall be filed on or before October 29, 2025; and
2. Jump Defendants' reply brief in further support of their Motion for Sanctions shall be filed on or before November 21, 2025.

1  IT IS SO STIPULATED.

2

3 Dated:    October 23, 2025

4 Respectfully submitted,

5

6 ERICKSON KRAMER OSBORNE LLP        KOBRE & KIM LLP

7 */s/ Julie C. Erickson*                                    */s/ Jonathan D. Cogan*
  Julie C. Erickson                                              Jonathan D. Cogan
8

9  Julie C. Erickson (Bar ID 293111)              Jonathan D. Cogan (admitted *pro hac vice*)
   Elizabeth A. Kramer (Bar ID 293129)         Steven W. Perlstein (admitted *pro hac vice*)
10 Kevin M. Osborne (Bar ID 261367)            Igor Margulyan (admitted *pro hac vice*)
   959 Natoma Street                                        Daisy Y. Joo (admitted *pro hac vice*)
11 San Francisco, CA 94103                            Mathew T. Elder (admitted *pro hac vice*)
   Tel.: (415) 635-0631                                     800 Third Avenue
12 julie@eko.law                                              New York, NY 10022
   elizabeth@eko.law                                       Tel.: (212) 488-1200
13 kevin@eko.law                                             jonathan.cogan@kobrekim.com
                                                                         steven.perlstein@kobrekim.com
14                                                                       igor.margulyan@kobrekim.com
   *Attorneys for Plaintiffs*                                daisy.joo@kobrekim.com
15 AUSTIN WARD, DAVID KREVAT,                   mathew.elder@kobrekim.com
   *and* NABIL MOHAMAD
16                                                                       Daniel A. Zaheer (Bar ID 237118)
                                                                         150 California Street, 19th Floor
17                                                                       San Francisco, California 94111
                                                                         Tel.: (415) 582-4751
18                                                                       daniel.zaheer@kobrekim.com

19                                                                       *Attorneys for Defendants Jump Trading, LLC*
                                                                         *and Jump Crypto Holdings LLC*
20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: */s/ Elizabeth A. Kramer*
　　　Elizabeth A. Kramer

# [PROPOSED] ORDER

Pursuant to the Stipulation:

1. Plaintiffs' opposition to the Motion for Sanctions shall be filed on or before October 29, 2025; and

2. Jump Defendants' reply brief in further support of their Motion for Sanctions shall be filed on or before November 21, 2025.

IT IS SO ORDERED.

Dated: _____, 2025

                                        HON. PETER H. KANG
                                        United States Magistrate Judge