UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/19/2025 | **Time:** 1 hour; 29 minutes | **Judge:** PETER H. KANG |
|---|---|---|
| **Case No.:** 25-cv-03989-PHK | **Case Name:** Ward et al v. Jump Trading, LLC et al | |

**Attorney for Plaintiff:** Kevin Osborne, Elizabeth Kramer
**Attorney for Defendant:** Jonathan Cogan, Daisy Joo, Steven Perlstein

**Deputy Clerk:** Jenny Galang          **Liberty Recording:** 1:08 – 2:37

### PROCEEDINGS

Motion hearing re: [32] Motion to Dismiss or Alternatively to Compel Arbitration and Stay Litigation and Initial Case Management Conference and Initial Case Management Conference – Held.

### SUMMARY

Oral arguments presented.  Motion taken under submission.  Court to issue a written order.

**Court ordered the following:**
Protective Order and ESI due 12/5/2025.
Selection of ADR Program by 12/12/2025.


**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              (X)   Court