**ERICKSON KRAMER OSBORNE LLP**
Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
959 Natoma St.
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

**KOBRE & KIM LLP**
Jonathan D. Cogan, admitted *pro hac vice* (jonathan.cogan@kobrekim.com)
Steven W. Perlstein, admitted *pro hac vice* (steven.perlstein@kobrekim.com)
800 Third Avenue
New York, NY 10022
Phone: (212) 488-1200

Daniel A. Zaheer, State Bar No. 237118 (daniel.zaheer@kobrekim.com)
150 California Street, 19th Floor
San Francisco, CA 94111
Phone: (415) 582-4800

[Additional Counsel on Signature Page]

*Attorneys for Defendants*
*Jump Trading, LLC and*
*Jump Crypto Holdings LLC*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC; and DOES 1-10 <br><br> Defendants. | Case No.: 3:25-cv-03989-PHK <br><br> **JOINT STATUS REPORT** <br><br> Hon. Peter H. Kang |

Counsel for Plaintiffs AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of others similarly situated ("Plaintiffs") and Defendants JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS LLC ("Defendants," together with Plaintiffs, the "Parties"), respectfully submit this joint status report pursuant to the Court's Order at the November 19, 2025 Hearing on the Motion to Dismiss or Alternatively to Compel Arbitration and Stay Litigation and Initial Case Management Conference, directing the Parties to jointly select a mediator in connection with the case's assignment to the Court's Alternative Dispute Resolution ("ADR") Multi-Option Program.  *See* Dkt. No. 64.

As a further update to the Parties' joint status report on ADR (Dkt. No. 42), the Parties agree to select Hon. Tani Cantil-Sakauye of ADR Services, Inc. as a private mediator.

Dated: December 12, 2025

Respectfully submitted,


ERICKSON KRAMER OSBORNE LLP          KOBRE & KIM LLP

/s/ Elizabeth Kramer                 /s/ Steven W. Perlstein
Julie C. Erickson (Bar ID 293111)    Jonathan D. Cogan (admitted pro hac vice)
Elizabeth Kramer (Bar ID 293129)     Steven W. Perlstein (admitted pro hac vice)
Kevin Osborne (Bar ID 261367)        Igor Margulyan (admitted pro hac vice)
959 Natoma St.                       Daisy Y. Joo (admitted pro hac vice)
San Francisco, CA 94103              Mathew T. Elder (admitted pro hac vice)
Tel.: (415) 635-0631                 800 Third Avenue
Fax: (415) 599-8088                  New York, NY 10022
julie@eko.law                        Tel: (212) 488-1200
elizabeth@eko.law                    jonathan.cogan@kobrekim.com
kevin@eko.law                        steven.perlstein@kobrekim.com
                                     igor.margulyan@kobrekim.com
Attorneys for Plaintiffs             daisy.joo@kobrekim.com
AUSTIN WARD, DAVID KREVAT, and       mathew.elder@kobrekim.com
NABIL MOHAMAD
                                     Daniel A. Zaheer (Bar ID 237118)
                                     150 California Street, 19th Floor
                                     San Francisco, CA 94111
                                     Tel.: (415) 582-4800
                                     daniel.zaheer@kobrekim.com

                                     Erika L. Berman (admitted pro hac vice)
                                     1919 M Street NW
                                     Washington, DC 20036
                                     Tel.: (202) 664-1900
                                     erika.berman@kobrekim.com

                                     Attorneys for Defendants
                                     Jump Trading, LLC and
                                     Jump Crypto Holdings LLC

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: */s/ Steven W. Perlstein*
Steven W. Perlstein